IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HOME DESIGN SERVICES INC,

    Plaintiff,

v.                                                                                         CASE NO. 1:11-cv-00006-MP -GRJ

SHAWN BROWN, KERMIT CONSTRUCTION INC, NEW GENERATION HOME
BUILDERS INC, TONY S ROSS, ROBERT T SHEWEY,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Defendants' Motion for Extension of Time to File Answer to the Complaint. The motion, which is not opposed, is granted. Defendants shall file an answer by March 18, 2011.

**DONE AND ORDERED** this *15th* day of March, 2011

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge