IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HOME DESIGN SERVICES INC,

    Plaintiff,

v.                                                CASE NO. 1:11-cv-00006-MP -GRJ

SHAWN BROWN, KERMIT CONSTRUCTION INC, NEW GENERATION HOME
BUILDERS INC, TONY S ROSS, ROBERT T SHEWEY,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 29, Motion to Extend Time to Complete Mediation, to which both sides agree. The motion is granted, and the parties shall complete mediation by July 31, 2011.

**DONE AND ORDERED** this _23rd_ day of May, 2011

                    *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge