IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HOME DESIGN SERVICES INC,

     Plaintiff,

v.                                         CASE NO. 1:11-cv-00006-MP -GRJ

SHAWN BROWN, KERMIT CONSTRUCTION INC, NEW GENERATION HOME
BUILDERS INC, TONY S ROSS, ROBERT T SHEWEY,

     Defendants.

_____/

## O R D E R

     This matter is before the Court on Doc. 32, Unopposed Motion for Insurance Adjuster to

Attend Mediation Telephonically.  The motion is granted.

     **DONE AND ORDERED** this *1st*  day of June, 2011

*s/Maurice M. Paul*
_____
Maurice M. Paul, Senior District Judge