IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HOME DESIGN SERVICES INC,

     Plaintiff,

v.                                      CASE NO. 1:11-cv-00006-MP-GRJ

KERMIT CONSTRUCTION, INC., NEW GENERATION HOME BUILDERS, INC., TONY S.
ROSS, ROBERT T SHEWEY, SHAWN BROWN d/b/a/ INNOVATIVE DESIGNS,

     Defendants.

_____/

## O R D E R

     This matter is before the Court on Doc. 40, a stipulation of dismissal with prejudice

regarding defendants KERMIT CONSTRUCTION, INC., NEW GENERATION HOME

BUILDERS, INC., TONY S. ROSS, and ROBERT T SHEWEY and Doc. 41, a Notice of

Voluntary Dismissal regarding defendant SHAWN BROWN d/b/a/ INNOVATIVE DESIGNS.

Since Mr. Brown has neither answered the complaint nor filed a motion for summary judgment,

the plaintiff may dismiss the complaint against him without prejudice as a matter of right, under

Fed. R. Civ. P. 41(a)(1)(A)(I).  Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     The claims against defendants KERMIT CONSTRUCTION, INC., NEW
GENERATION HOME BUILDERS, INC., TONY S. ROSS, and ROBERT T SHEWEY
are dismissed with prejudice.  The claims against SHAWN BROWN d/b/a/
INNOVATIVE DESIGNS are dismissed without prejudice.

     This terminates all claims against all defendants, and the Clerk is directed to close the
case.

     **DONE AND ORDERED** this *31st*  day of August, 2011

               *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge